ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC
SUE L. ROBINSON, Chief Judge.

ORDER

A combined petition for panel rehearing and rehearing en bane was filed by the Appellants[1], and a response thereto was *1358 invited by the court and filed by the Cross Appellants. The petition for rehearing was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc, amici curiae briefs and response were referred to the circuit judges who are authorized to request a poll whether to rehear the appeal en banc. A poll was requested, taken, and failed.
Upon consideration thereof,
IT IS ORDERED THAT:
(1) The petition for panel rehearing is denied.
(2) The petition for rehearing en banc is denied.
(3) The mandate of the court will issue on January 17, 2006.

. Amicus Curiae briefs were filed by:
1-The American Intellectual Property Law Association and Federal Circuit Bar Association.
2-M-l L.L.C.
3-Microsoft Corporation.
4-Fédération Internationale des Conseils en Propriété Industrielle.